# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** MAGISTRATE JUDGE AZRACK         **DATE:** May 9, 2013

**USA v. Giovanni Difuccia**

**DEFENDANT'S NAME:** Giovanni Difuccia
  _X_ present  ___ not present  ___ custody  _X_ bail

**DEFENSE COUNSEL:** John S. Wallenstein
  _X_ present  ___ not present  _X_ CJA  ___ RET  ___ PDA

**AUSA:** Gina Parlovecchio         **LAW CLERK:** Amy Weiner

**INTERPRETER:** No         **Language:** ___

**FTR:** Tape # 4:03:43 – 4:24:47

_X_  CASE CALLED
_X_  DEFENDANT:  _X_ SWORN   _X_ INFORMED OF RIGHTS
___  WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
___  SUPERCEDING INDICTMENT / INFORMATION FILED
___  DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
_X_  DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT(S) _lesser included in Count 3_ OF THE ~~(SUPERCEDING)~~ INDICTMENT ~~/ INFORMATION~~
_X_  COURT FINDS FACTUAL BASIS FOR THE PLEA
___  SENTENCING SET FOR: ___
_X_  SENTENCING TO BE SET BY JUDGE IRIZARRY
_X_  BAIL:  ___ SET   _X_ CONT'D FOR DEFT.  ___ CONT'D IN CUSTODY
_X_  TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.