

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, N.Y. 11201*

August 30, 2013

**By Email**
Jaime Turton
United States Probation Officer
Eastern District of New York

      Re:  United States v. Giovanni Difuccia
           Criminal Docket No. 11-486 (DLI)

Dear Officer Turton:

    The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's responses to the above-referenced defendant's letter dated August 21, 2013, which outlines his objections to the Presentence Investigation Report ("PSR").

    Aside from the correction outlined in the government's letter dated August 20, 2013, the government submits that the information contained in paragraphs 31, 47 and 49 of the PSR are correct as written.

    As to the defendant's objection concerning the Guidelines calculation, the government agrees that the defendant is eligible for the two-point global plea reduction, but takes no position as to where that reduction should be noted in the PSR.

    The government has no other objections or proposed corrections to the PSR.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

               By:        /s/
                        Gina M. Parlovecchio
                        Assistant United States Attorney
                        (718) 254-6228

cc:  John Wallenstein, Esq. (by ECF)
     The Honorable Dora L. Irizarry (by Hand and ECF)