LAW OFFICES
# John S. Wallenstein
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

(516) 742-5600 Fax (516) 742-5040
E-MAIL: JSWallensteinEsq@aol.com

JOHN S. WALLENSTEIN

SCOTT MURPHY
Of Counsel

September 17, 2013

NEW YORK & FEDERAL BARS

CRIMINAL DEFENSE
CIVIL LITIGATION
COMMERCIAL MATTERS

**VIA ECF**
Honorable Dora L. Irizarry
United States District Judge, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Thaqi, et al
          Docket # 11 CR 486 (DLI)

Dear Judge Irizarry:

    I represent Giovanni Difuccia in the above noted matter. Mr. Difuccia is scheduled to be sentenced by Your Honor on Wednesday October 2, 2013. In my objections to the PSR, I raised issues related to relevant conduct attributed to the defendant. The Government maintains that the conduct should be considered by the Court, and as a result, a *Fatico* hearing may be necessary in order to resolve the dispute. I have been engaged in conversations with the Government, and I am hopeful that we can resolve the issue without the necessity of a hearing. However, additional time is necessary to permit us to work through the problem.

    Therefore, I respectfully request that Mr. Difuccia's sentencing be adjourned until Monday October 28, 2013, in order to provide sufficient time to resolve the potential *Fatico* issues and complete the defendant's sentencing submission, which will encompass the conduct at issue. I have discussed this application with AUSA Gina Parlovecchio, and the government has no objection.

    Thank you for your courtesy and consideration.

                                             Respectfully yours,

                                             JOHN S. WALLENSTEIN