

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP
F.#2011R01661/NY-NYE-648Z

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2013

<u>By Hand and ECF</u>
The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Giovanni Difuccia
     <u>Criminal Docket No. 11-486 (S-1)(DLI)</u>

Dear Judge Irizarry:

The government respectfully submits this letter pursuant to the Court's September 18, 2013 Order directing the parties to inform the Court whether a <u>Fatico</u> hearing is needed concerning the disputed portions of the Presentence Investigation Report ("PSR") in the above-captioned matter.

To date, the parties have been unable to reach a resolution concerning the disputed portions of the PSR, specifically paragraphs 31, 47 and 49. As such, the parties respectfully request that the Court schedule a mutually convenient date for a <u>Fatico</u> hearing. Defense counsel consents to this request.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:  /s/
     Steven L. Tiscione
     Gina M. Parlovecchio
     Assistant U.S. Attorney
     (718) 254-6317/6228

cc:  John Wallenstein, Esq. (by ECF)
     Clerk of Court (DLI) (by ECF)